■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. (Appeal No. 2.) [815 NYS2d 884]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered September 22, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v June* (30 AD3d 1016 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Smith and Green, JJ.